USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARLON ST. BERNARD,

Plaintiff,

-against-

N8N USA INC, N8N UK LTD, and SARAH HARRISON, individually,

Defendants.

1:26-cv-06143-MKV

ORDER DENYING EMERGENCY RELIEF & TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiff's self-styled "Emergency Letter Motion for an Evidence-Preservation Order and for Expedited Consideration of Plaintiff's Motion to Remand." [ECF No. 17]. As Plaintiff notes, *id.* at 2, Defendants are already under an independent obligation to preserve electronically stored information. *See* Fed. R. Civ. P. 37(e). The Court presumes counsel's familiarity—and compliance—with the obligations imposed by the Federal Rules of Civil Procedure and all applicable rules of ethics.

The Court notes that Plaintiff purports to have filed a motion seeking remand of this matter to state court. [ECF No. 17] at 1. As the Court made clear in its prior Order in response to a letter from Defendants, "Plaintiff has not filed a motion for remand on the docket." [ECF No. 16] at 2.

Defendants, however, have failed to comply with the Court's Order directing them to show cause, "on or before July 27, 2026, . . . why the Complaint should not be remanded to state court for lack of subject-matter jurisdiction." [ECF No. 12] at 2. If Defendants fail to comply with the Court's Order by July 31, 2026, they risk sanctions.

**The Parties are on notice that continued failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules, applicable rules of ethics, or this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary**

**penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal or default judgment.**

**SO ORDERED.**

**Date: July 29, 2026**
**New York, NY**

Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**